UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRAIG ANDRA MOORE,

    Plaintiff,

v.                                                Case No. 8:10-cv-86-T-23TGW

TIMOTHY BROWN, et al.,

    Defendants.
    _____/

## O R D E R

Moore alleges in his civil rights complaint that the defendants used excessive force during his arrest and that jail personnel denied him adequate medical care. Moore was granted leave to proceed in forma pauperis. (Doc. 6) The defendants move to dismiss (Doc. 24 and 30) because the Prison Litigation Reform Act ("PLRA"), specifically 28 U.S.C. § 1915(g), precludes Moore from pursuing this case in forma pauperis:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Moore's opposition (Doc. 37), in which he attempts to distinguish the earlier dismissals, is unconvincing. "[F]ederal courts in this circuit may properly count as strikes lawsuits or appeals dismissed as frivolous, malicious or failing to state a claim

upon which relief may be granted," including cases dismissed before the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir.), cert. dismissed, 524 U.S. 978 (1998). Moore's cases dismissed as either frivolous, malicious, or for the failure to state a claim upon which relief may be granted include (1) Moore v. Robbins, 8:03-cv-110-T-26TBM, from the Middle District of Florida, (2) Moore v. McNeil, 5:10-cv-03/RS-EMT, (3) Moore v. McNeil, 5:10-cv-05/RS-AK, both from the Northern District of Florida, and (4) Moore v. Sec'y, Dep't of Corr., No. 10-13867-J, from the Eleventh Circuit Court of Appeals on the appeal in 5:10-cv-05/RS-AK. Because he has had three or more dismissals and is not under imminent danger of serious physical injury associated with the claims in this case, Moore is not entitled to proceed in forma pauperis.

Accordingly, the motions to dismiss (Doc. 24 and 30) are **GRANTED**. The earlier order (Doc. 6) granting leave to proceed in forma pauperis is **VACATED**. Moore is **DENIED** leave to proceed in forma pauperis. Moore may pursue the claims asserted in this case by initiating a new civil rights case and paying the $350.00 filing fee. The clerk shall attach to this order a copy of the four dismissals listed above. The pending motions (Doc. 34, 35, 38, and 39) are **DENIED** as moot.

ORDERED in Tampa, Florida, on March 28, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE